UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JERAMIE ALVARADO, | Case No. 1:20 CV 797 |
| Plaintiff, | JUDGE DONALD C. NUGENT |
| vs. | <u>ORDER OF DISMISSAL</u> |
| TA OPERATING, LLC, | |
| Defendant. | |

The parties have notified the Court that an agreement has been reached and the Complaint should be dismissed with prejudice. Therefore, this case is dismissed with prejudice. Each party to bear its own costs. The parties have thirty days to file additional documents memorializing the settlement, if they so choose. IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: September 17, 2020